Submitted on record and briefs December 11, 1996, reversed and remanded
January 22, 1997

ROBERT ELLIOT GOODLETTE,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent of Oregon State Penitentiary,
*Respondent.*

(96C-11812; CA A94054)

931 P2d 100

Hilary E. Berkman filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Jas. Adams, Assistant Attorney General, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded. *Meadows v. Schiedler*, 143 Or App 213, 924 P2d 314 (1996).